UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INGRID JOHNSON

                Plaintiff,

  v.

KING COUNTY, et al.

                Defendants.

CASE NO. **2:25-cv-01109-JHC**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

    The Court **GRANTS** the application to proceed in forma pauperis (Dkts. 1) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

    The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

    DATED this 13th day of June, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1